IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KANDI A. AIREY                              *

    Plaintiff                             *

v.                                          *       CASE NO. 12-cv-01190 ~~BEL~~ GLR

PENINSULA REGIONAL                          *
HEALTH SYSTEM, INC, et al.
    Defendant                             *

                                 **************

## STIPULATION OF DISMISSAL

Pursuant to F.R.C.P. 41(a), please enter a dismissal with prejudice of Plaintiff's claims against Peninsula Regional Health System, Inc. in the above-captioned action.

_____
Robert E Joyce (Bar # 26427)
Law Office of Robert E Joyce
841 E Fort Ave Ste 250
Baltimore, MD 21230
443-904-5706
410-269-5022 (fax)
rejoycelaw@aol.com
*Attorney for Plaintiff Kandi Airey*

_____
John R. Penhallegon (Bar # 010546)
Richard R. Martell (Bar # 29609)
Cornblatt, Bennett, Penhallegon &
Roberson, P.A.
100 W. Pennsylvania Avenue, Suite 100
410-752-7600
*Attorneys for Peninsula Regional Health System, Inc.*

_____
Michelle Renae Mitchell (Bar # 26703)
Wharton Levin Ehrmantraut and Klein
PA
104 West St PO Box 551
Annapolis, MD 21404
410-263-5900
410-280-2230 (fax)
mrm@wlekn.com
*Attorneys for Defendants Elizabeth Pernal, M.D. and Elizabeth Pernal, M.D., P.A.*

APPROVED THIS 13th DAY OF Feb. 20 13.

_____
GEORGE L. RUSSELL, III, U.S.D.J.