IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KANDI A. AIREY, | * |
| Plaintiff, | * |
| v. | * |
| ELIZABETH PERNAL, M.D., et al. | *   Case No. 12-CV-01190 ~~BEL~~ GLR |
| Defendants. | * |
| | * |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, by and through their respective counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all claims, actions and causes of action against Defendants are hereby DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

/s/
Robert E. Joyce, Esquire, #26427
841 E. Fort Avenue, Suite 250
Baltimore, MD 21230
(443)904-5706
*Counsel for Plaintiffs*

/s/
Michelle R. Mitchell, #26703
Wharton Levin Ehrmantraut & Klein
104 West Street, P.O. Box 551
Annapolis, MD 21404-0551
410-263-5900
*Counsel for Defendants*
Elizabeth Pernal, M.D. and
Elizabeth Pernal, M.D., P.A.

APPROVED THIS 11th DAY OF Oct., 2013.

/s/ George L. Russell
GEORGE L. RUSSELL, III, U.S.D.J.